UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  | ) |  |
|---|---|---|
| LIQUIDX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-5528-WHP |
| | ) | |
| BROOKLAWN CAPITAL, LLC, | ) | |
| BROOKLAWN CAPITAL FUND, LLC, and | ) | |
| BROOKLAWN CAPITAL FUND II, LP | ) | |
| | ) | |
| Defendants. | ) | |
|_____| ) | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS AND OBJECTIONS TO
DEFENDANTS' DEPOSITION DESIGNATIONS**

Plaintiff LiquidX, Inc. ("LiquidX") hereby submits:  (1) designations of deposition testimony that it intends to offer at the November 14 hearing in this matter; (2) counter-designations to the deposition testimony designated by Defendants Brooklawn Capital LLC, Brooklawn Capital Fund LLC, and Brooklawn Fund II, LP (collectively "Brooklawn"); and (3) objections to the deposition testimony designated by Brooklawn.

**I.      Kimberly Russell**

a.   Designations

11:25–12:7
19:3–14
20:1–4
21:3–22:13
23:6–21
24:25–25:2
26:14–27:1
28:24–29:7
31:14–22
34:21–35:8
35:15–21
35:23–36:7

38:16–41:5
42:5–11
42:13–19
42:22–24
43:1–20
45:20–21
45:23–46:1
46:3–15
47:24–48:20
53:2–7
53:15–54:4
55:3–56:24
57:6–9
66:17–69:25
70:2–72:3
72:8–73:21
74:5–14
74:20–75:18
76:8–80:6
87:3–6
87:8–88:5
88:7–8
88:10
89:3–4
89:6
102:24:103:1
103:3–5
158:11–13

b.   Counter-Designations

97:1–4
118:14
120:13–20
121:7–9
128:6–9
144:4–12
144:20–145:22
148:2–16
148:20–149:25
154:8–156:10
158:7–10

- 2 -

c.   Objections

Excerpts of relevant pages of the transcript with objections identified in the margin are attached hereto as Exhibit A.

**II.      Peter Sullivan**

a.   Designations

16:7–10
19:1–8
19:13–20:13
21:22–22:5
22:7–23
23:22–24:13
26:17–19
26:23–27:10
28:19–29:4
29:16–30:21
31:18–20
31:22–32:19
33:16–21
40:6–14
41:6–42:20
43:11–44:9
45:21–46:7
46:9–10
46:16–22
46:24–47:1
47:3–48:1
48:3–17
48:19–49:14
49:20–50:13
50:15–18
50:20–23
50:25–51:2
51:4–8
52:8–10
53:6–25
54:2–4
55:24–56:1
56:3–6
56:8–14
57:14–21
58:11–24
61:1–8

62:9–17
62:19–24
63:1
64:17–19
64:21–25
65:2–3
70:5–8
70:10–71:3
71:5–71:14
71:16–19
72:6–8
72:10–13
72:15–73:1
73:6–15
74:23–76:13
76:15–77:3
78:11–13
78:15–20
78:22–79:22
80:7–12
80:14–18
80:20–82:10
82:16–18
83:5–9
84:17–18
85:2–86:16
86:19–87:15
91:12–22
91:24–92:4
93:13–94:5
95:8–17
96:9–21
96:23
97:1–98:19
100:2–17
102:8–12
102:14–19
102:24–103:1
103:3
104:20–105:6
106:10–16
107:21–108:9
108:17–24
109:3–9
109:11–23
109:25–110:3

- 4 -

110:5–11
110:23–111:1
111:3
114:21–117:5
190:18–23
200:1–6
200:24

b.  Counter-Designations

38:7–39:1
59:12–17
137:5–7
192:18–17
194:2–19
198:5–199:4

c.  Objections

Excerpts of relevant pages of the transcript with objections identified in the margin are attached hereto as Exhibit B.

**III.   Barry Cohen**

a.  Designations

10:17–11:1
11:14–22
12:4–10
12:18–21
15:25–16:4
17:2–5
17:17–18:5
18:10–11
18:15–18
18:20–25
19:8–20:1
20:6–8
20:10–12
20:19–21:9
21:11
22:23–25
23:4
25:16–26:5
27:10–25
30:2–8

31:10–34:13
35:1–8
35:10
35:12–14
35:19–20
35:22–36:5
36:24–37:1
39:14–20
40:7–41:8
41:11–12
42:11–12
42:17–20
43:2–6
43:8
45:23–46:9
46:11–24
47:1
56:19–25
59:7–17
61:24–62:2
68:10–23
72:4–12
72:16–73:7
73:12–15
73:20–74:9

b.  Counter-Designations

*none*

c.  Objections

Excerpts of relevant pages of the transcript with objections identified in the margin are attached hereto as Exhibit C.

**IV.   James Counihan**

a.  Designations

10:19–24
17:8–14
17:17–19
18:15–19:12
30:14–16
36:25–37:7
38:7–9

- 6 -

43:1–6
51:6–9
51:11–20
54:7–11
65:1–66:5
67:4–68:16
68:24–69:1
69:2–14
72:14–21
73:16–74:13
74:17–77:15
77:18–78:19
79:6–19
79:22–81:8
88:15–20
107:12–108:9
113:20–24
114:3–4
124:18–21
125:2–7
126:12–14
126:18–127:10
128:17–19
128:22–130:2
120:6–23
159:21–23
161:14–16
161:19–162:4
162:8–20
162:24
166:5–10
166:12–19
171:12–24
173:13–174:17
175:5–8
176:8–177:23
179:18–180:4
181:25–182:21

b.  <u>Counter-Designations</u>

118:5–8
118:12–14
118:18–119:7
136:7–13
157:2–158:5

c.   Objections

Excerpts of relevant pages of the transcript with objections identified in the margin are attached hereto as Exhibit D.

Dated: November 13, 2016

Respectfully submitted,

LIQUIDX, INC.,

By its attorneys

/s/ Michael J. Licker_____
Peter A. Sullivan, Esq. (PS-4704)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
psullivan@foleyhoag.com
Telephone: (646) 927-5500
Facsimile: (646) 927-5599

Michael Licker, Esq., (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110
mlicker@foleyhoag.com
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

B4617064.1

**<u>Certificate of Service</u>**

I, Michael J. Licker, certify that on November 13, 2016, I caused a copy of the foregoing document to be served on counsel for defendants via the Court's CM/ECF system.

/s/ Michael J. Licker
<br>Michael J. Licker

B4617064.1