UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LIQUIDX, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-cv-5528-WHP |
| BROOKLAWN CAPITAL, LLC, BROOKLAWN CAPITAL FUND, LLC, and BROOKLAWN CAPITAL FUND II, LP | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT SET OF ADMITTED EXHIBITS**

Pursuant to the Court's instructions at the conclusion of the November 14-17 bench trial in the above-captioned matter, the parties jointly submit a single set of admitted exhibits in connection with their respective Proposed Findings of Fact and Conclusions of Law. Hard copies of the exhibits will also be delivered to chambers. The parties will submit a supplemental set of exhibits, if necessary, upon the filing of their reply briefs.

Dated: December 14, 2016

Respectfully submitted,

LIQUIDX, INC.,

By its attorneys,

/s/ Michael J. Licker
Peter A. Sullivan, Esq. (PS-4704)
FOLEY HOAG LLP
1540 Broadway, 23rd Floor
New York, NY 10036
psullivan@foleyhoag.com
Telephone: (646) 927-5500
Facsimile: (646) 927-5599

Michael Licker, Esq., (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110
mlicker@foleyhoag.com
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

BROOKLAWN CAPITAL LLC,
BROOKLAWN CAPITAL FUND LLC,
and BROOKLAWN CAPITAL FUND II,
LP,

By its attorneys,

/s/ Louis D. Abrams
Daniel E. Rhynhart (*pro hac vice*)
Louis D. Abrams (*pro hac vice*)
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Phone: (212) 885-5220
Fax: (917) 332-3072

## Certificate of Service

I, Michael J. Licker, certify that on December 14, 2016, I caused a copy of the foregoing document to be served on counsel for defendants via the Court's CM/ECF system.

/s/ Michael J. Licker
Michael J. Licker